UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES D. GILLARD,

              Plaintiff,

     v.                                                                Case No. 05-cv-4143-JPG

MARJORIE K. MCGILL,

              Defendant.

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This matter having come before the Court upon the parties' stipulation of dismissal, and the Court having found that the parties have voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by James D. Gillard against Marjorie K. McGill, in this case, are **DISMISSED with prejudice**.

**DATE: December 4, 2006**

                                **NORBERT G. JAWORSKI, CLERK**

                                **By:s/DeborahAgans, Deputy Clerk**

**APPROVED:  s/ J. Phil Gilbert                    **
                  **J. PHIL GILBERT**
                  **U.S. District Judge**